391 A.2d 675

Commonwealth v. John Valentine Brown, Appellant.

Submitted March 13, 1978. Allen H. Smith, for appellant; Floyd P. Jones, Assistant District Attorney, and John C. Uhler, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.